IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RODNEY ALVERSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:14-CV-729-WKW |
| ) | |
| JOHN CROW, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

On December 17, 2014, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 15.) Upon an independent review of the file in this case, it is ORDERED that the Recommendation is ADOPTED and that this case is DISMISSED without prejudice.

An appropriate final judgment will be entered separately.

DONE this 15th day of January, 2015.

                                                /s/ W. Keith Watkins
                                CHIEF UNITED STATES DISTRICT JUDGE